# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACUITY, a mutual insurance company, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Cause No. 3:23-CV-00621 |
| | ) |
| DIAMOND D. TRANSPORT, INC., and | ) |
| BRIAN SCOTT ANTHONY, | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

This cause coming on to be heard on Acuity's Motion to Dismiss (doc.46) this action without prejudice pursuant to a standstill agreement, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

Acuity's Motion to Dismiss this case without prejudice is hereby GRANTED. This case is hereby dismissed without prejudice.

*It is so Ordered.*

Dated: 8/31/2023

s/J. Phil Gilbert
J. Phil Gilbert
U.S. District Judge
